UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MANUALE H. SAKOO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES,<br><br>    Defendant. | Case No. 2:19cv11540<br><br>Hon. Victoria A. Roberts<br>Mag. Judge R. Steven Whalen |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS OUT-OF-TIME**

Defendant, United States Citizenship and Immigration Services ("USCIS"), by and through its undersigned attorneys, hereby responds to Plaintiff's "Motion to File Response to Defendant's Motion to Dismiss Out-of-Time." ECF No. 14. Plaintiff's response to Defendant's Motion to Dismiss, ECF No. 13, was due on November 19, 2019. The motion to accept the late filing was submitted more than week later on November 27, 2019. ECF No. 14. Defendant takes no position on the request to accept the untimely filing but notes that this is not the first time that Plaintiff's counsel has submitted an untimely filing in this case. Plaintiff's counsel filed his response to Defendant's first motion to dismiss the complaint late, along with an amended complaint and an inappropriately filed motion for summary judgment that the Court struck from the docket. *See* ECF No. 10, September 12,

2019, Order.

If the Court does permit Plaintiff's late opposition, Defendant's reply will now be due at the same time that Defendant's counsel has a number of competing deadlines. Defendant requests an extended time to reply of 21 days from the date of the Court's order on Plaintiff's Motion to File Response to Defendant's Motion to Dismiss Out-of-Time.

Dated: December 2, 2019                    Respectfully submitted,

                                                                            JOSEPH H. HUNT
Assistant Attorney General
Civil Division
U.S. Department of Justice

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

BRIAN C. WARD
Senior Litigation Counsel

*/s/ LINDSAY M. VICK*
LINDSAY M. VICK
Bar No. MA 685569
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868
Washington, DC 20044
202-532-4023
Lindsay.vick@usdoj.gov

*Attorneys for Defendant*

2